■ BETTE K. HAMMER, Respondent, v KMART CORPORATION, Appellant. (Appeal No. 2.) [700 NYS2d 882] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Directed Verdict.) Present— Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.